HOLLAND & KNIGHT LLP
JENNIFER L. HERNANDEZ (SBN 114951)
BRIAN C. BUNGER (SBN 142001)
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: 415.743.6900
Fax: 415.743.6910
Email: jennifer.hernandez@hklaw.com
        brian.bunger@hklaw.com

Attorneys for Petitioners/Plaintiffs,
THE TWO HUNDRED FOR HOMEOWNERSHIP, ROBERT APODACA, AND JOSE ANTONIO RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,<br><br>Respondents/Defendants. | Case No.: 1:22-cv-01474-ADA-BAM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Jessica M. Brown of Holland & Knight LLP, 50 California Street, Suite 2800, San Francisco, CA, 94111 hereby withdraws as counsel of record for The Two Hundred For Homeownership, Robert Apodaca, and Jose Antonio Ramirez. All pleadings, orders, and other papers should continue to be served on Holland & Knight LLP. The Court and counsel for all parties are respectfully requested to remove Jessica M. Brown from the service list for this action.

Dated: December 14, 2022

HOLLAND & KNIGHT LLP
Jennifer L. Hernandez
Brian C. Bunger

Attorneys for Petitioners and Plaintiffs
THE TWO HUNDRED FOR HOMEOWNERSHIP, ROBERT APODACA, AND JOSE ANTONIO RAMIREZ

#182214764_v1

NOTICE OF WITHDRAWAL OF COUNSEL

2