1  ROB BONTA
   Attorney General of California
2  TRACY L. WINSOR
   Supervising Deputy Attorney General
3  JOHN S. SASAKI
   Deputy Attorney General
4  JANELLE M. SMITH
   Deputy Attorney General
5  State Bar No. 231801
    455 Golden Gate Avenue, Suite 11000
6   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3522
7   Fax:  (415) 703-5843
    E-mail:  Janelle.Smith@doj.ca.gov
8  *Attorneys for Respondents/Defendants California
   Air Resources Board and Executive Officer
9  Steven S. Cliff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>Respondents and Defendants. | No. 1:22-CV-01474-ADA-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>Scheduling Conference<br>Date:         February 14, 2023<br>Time:        8:30 a.m.<br>Courtroom:  #8<br>Judge:        Barbara A. McAuliffe<br><br>Trial Date:      None set<br>Action Filed:  November 14, 2022 |

1

1   WHEREAS, on January 6, 2023, Petitioners provided copies of a summons and their
2   complaint to Respondents, via e-mail, together with a request for waiver of service pursuant to
3   Rule 4 of the Federal Rules of Civil Procedure;
4   WHEREAS, Respondents agreed to waive service, as requested by Petitioners, and thus are
5   required to answer or otherwise respond to the complaint on or before March 7, 2023;
6   WHEREAS, Respondents have notified Petitioners that they intend to file, on or before
7   March 7, 2023, a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure with
8   regard to all of the claims asserted by Petitioners herein;
9   WHEREAS, the Court has set a mandatory scheduling conference in this action on
10  February 14, 2023;
11  WHEREAS, the Parties have met and conferred regarding the matters to be discussed at the
12  scheduling conference, including such related matters as the extent to which the claims asserted
13  by Petitioners might properly be decided based on an administrative record, the preparation of the
14  administrative record and anticipated timing for completion of the record, the possible need for
15  discovery on any non-record based claims, and the appropriate timing of such discovery relative
16  to the Court's decision regarding the record-based claims; and
17  WHEREAS, the Parties agree that they will be in a better position to discuss and come to an
18  agreement regarding these and other scheduling matters after the Court has ruled on Respondents'
19  motion to dismiss.
20  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the
21  scheduling conference currently set for February 14, 2023 should be continued for a period of
22  three months, or to the Court's earliest available date thereafter.
23
24  Dated:  February 2, 2023                    ROB BONTA
                                                Attorney General of California
25
                                                /s/ Janelle M. Smith
26
                                                JANELLE M. SMITH
27                                              Deputy Attorney General
                                                *Attorneys for Respondents/Defendants*
28                                              *California Air Resources Board et al.*

Dated:  February 2, 2023

HOLLAND & KNIGHT LLP

/s/ Brian C. Bunger (as authorized on February 2, 2023)

BRIAN C. BUNGER
*Attorneys for Petitioners/Plaintiffs The Two Hundred for Homeownership et al.*

## ORDER

Based on the foregoing stipulation of the parties, and for good cause shown, the scheduling conference in the above-captioned action which is currently scheduled for February 14, 2023 at 8:30 a.m. is hereby continued to **May 11, 2023, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least one full week prior to the conference.  The parties shall appear at the conference <u>remotely</u> with each party connecting either via Zoom video conference or Zoom telephone number.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference.  The Zoom ID and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **February 6, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE