Rob Bonta, State Bar No. 202668
Attorney General of California
Gary E. Tavetian, State Bar No. 117135
Tracy L. Winsor, State Bar No. 186164
Supervising Deputy Attorneys General
Janelle M. Smith, State Bar No. 231801
John S. Sasaki, State Bar No. 202161
David M. Meeker, State Bar No. 273814
Emily M. Hajarizadeh, State Bar No. 325246
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7795
 Fax:      (916) 327-2319
 E-mail: Emily.Hajarizadeh@doj.ca.gov
*Attorneys for California
Air Resources Board and
Steven S. Cliff, Executive Officer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>        Petitioners and Plaintiffs,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>        Respondents and Defendants. | 1:22-cv-01474-ADA-BAM<br><br>**NOTICE OF MOTION AND RESPONDENTS' MOTION TO DISMISS PETITIONERS' VERIFIED COMPLAINT AND PETITION**<br><br>Date: April 24, 2023<br>Time: 1:30 p.m.<br>Dept: Courtroom 1<br>Judge: Hon. Ana de Alba<br>Trial Date: Not Set<br>Action Filed: November 14, 2022 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 24, 2023, at 1:30 p.m., or as soon thereafter as the matter may be heard, Respondents the California Air Resources Board (CARB) and Steven S. Cliff, Ph.D., in his official capacity as CARB's Executive Officer (collectively, Respondents), by and through their undersigned counsel, will, and hereby do, move this Court for an order dismissing the Verified Complaint and Petition (Petition) of Petitioners The Two Hundred for Homeownership, Robert J. Apodaca, and Antonio Ramirez (collectively, Petitioners), under:

1. Federal Rule of Civil Procedure 12(b)(1) for lack of Article III standing as to all claims against Respondents;

2. Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted as to Petitioners' First, Second, Third, and Fourth Claims against Respondents, as well as the Fifth and Sixth Claims under 28 U.S.C § 1367(c)(1) & (3); and

3. Federal Rule of Civil Procedure 12(b)(1) and (6) for lack of subject matter jurisdiction and Eleventh Amendment immunity as to all claims against CARB, and as to the Second, Fourth, Fifth, and Sixth Claims against CARB's Executive Officer.

This motion will be made before the Honorable Ana de Alba, United States District Judge, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, CA 93721, Courtroom 1, 8th Floor.

This motion is made upon this Notice, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice and Declaration of Emily M. Hajarizadeh, and all pleadings, records, and other documents on file with the Court in this action.

///
///
///

This motion is made following the conference of counsel under the Standing Order of this Court, which took place on February 27, 2023, as detailed by the accompanying Declaration of Emily M. Hajarizadeh.

Dated:  March 7, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California

 /s/ Emily M. Hajarizadeh
EMILY M. HAJARIZADEH
Deputy Attorney General
*Attorneys for Respondents*
*California Air Resources Board*
*and Steven S. Cliff, Executive Officer*

LA2022603909
36969628.docx