1  ROB BONTA
   Attorney General of California
2  TRACY L. WINSOR
   Supervising Deputy Attorney General
3  JANELLE M. SMITH
   Deputy Attorney General
4  JOHN S. SASAKI
   Deputy Attorney General
5  State Bar No. 202161
     300 South Spring Street, Suite 1702
6    Los Angeles, CA  90013
     Telephone:  (213) 269-6335
7    Fax:  (916) 713-2128
     E-mail:  John.Sasaki@doj.ca.gov
8  *Attorneys for Respondents/Defendants California Air Resources Board and Executive Officer Steven S. Cliff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>Respondents and Defendants. | No. 1:22-cv-01474-ADA-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>Scheduling Conference<br>Date:         September 12, 2023<br>Time:         8:30 a.m.<br>Courtroom:   8<br>Judge:        Barbara A. McAuliffe<br><br>Trial Date:    None set<br>Action Filed:  November 14, 2022 |

1

1    WHEREAS, on March 7, 2023, Respondents filed a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure with regard to all of the claims asserted by Petitioners herein;

4    WHEREAS, on March 8, 2023, subsequent to the filing of Respondents' motion to dismiss, the Court continued the scheduling conference that was previously set for May 11, 2023 until September 12, 2023;

7    WHEREAS, as of the filing of this stipulation, the Court has not yet ruled on Respondents' motion to dismiss;

9    WHEREAS, the Parties previously have met and conferred regarding the matters to be discussed at the scheduling conference, including such related matters as the extent to which the claims asserted by Petitioners might properly be decided based on an administrative record, the preparation of the administrative record and anticipated timing for completion of the record, the possible need for discovery on any non-record based claims, and the appropriate timing of such discovery relative to the Court's decision regarding the record-based claims; and

15    WHEREAS, the Parties agree that they will be in a better position to discuss and come to an agreement regarding these and other scheduling matters after the Court has ruled on Respondents' motion to dismiss.

18    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the scheduling conference currently set for September 12, 2023 should be continued for a period of three months, or to the Court's earliest available date thereafter.

Dated: August 31, 2023

ROB BONTA
Attorney General of California

/s/ John S. Sasaki

JOHN S. SASAKI
Deputy Attorney General
*Attorneys for Respondents/Defendants*
*California Air Resources Board et al.*

Dated:  August 31, 2023                                   HOLLAND & KNIGHT LLP

/s/ Brian C. Bunger (as authorized on August 30, 2023)

BRIAN C. BUNGER
*Attorneys for Petitioners/Plaintiffs The Two Hundred for Homeownership et al.*

## ORDER

Based on the foregoing stipulation of the parties, and for good cause shown, the scheduling conference in the above-captioned action which is currently scheduled for September 12, 2023 at 8:30 a.m. is hereby continued to **December 12, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report one week prior to the conference.  The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required. NOTE: Defendants' Motion to Dismiss (Doc. 15) remains pending.

IT IS SO ORDERED.

Dated:   **September 1, 2023**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE