1  ROB BONTA
   Attorney General of California
2  JANELLE M. SMITH, State Bar No. 231801
   Supervising Deputy Attorney General
3  JOHN S. SASAKI, State Bar No. 202161
   DAVID M. MEEKER, State Bar No. 273814
4  EMILY M. HAJARIZADEH, State Bar No. 325246
   Deputy Attorneys General
5   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
6   Telephone:  (213) 269-6335
    Fax:  (916) 713-2128
7   E-mail:  John.Sasaki@doj.ca.gov
   *Attorneys for Respondents/Defendants California*
8  *Air Resources Board and Executive Officer*
   *Steven S. Cliff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>Respondents and Defendants. | No. 1:22-cv-01474-KES-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Scheduling Conference<br>Date:        December 17, 2024<br>Time:        8:30 a.m.<br>Courtroom:   8<br>Judge:       Barbara A. McAuliffe<br><br>Trial Date:   None set<br>Action Filed: November 14, 2022 |

1   WHEREAS, on March 7, 2023, Respondents filed a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure with regard to all of the claims asserted by Petitioners herein;

WHEREAS, as of the filing of this stipulation, the Court has not yet ruled on Respondents' motion to dismiss;

WHEREAS, a scheduling conference is currently set in this action for December 17, 2024 at 8:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe;

WHEREAS, the Parties previously have met and conferred regarding the matters to be discussed at the scheduling conference, including such related matters as the extent to which the claims asserted by Petitioners might properly be decided based on an administrative record, the preparation of the administrative record and anticipated timing for completion of the record, the possible need for discovery on any non-record based claims, and the appropriate timing of such discovery relative to the Court's decision regarding the record-based claims; and

WHEREAS, the Parties agree that they will be in a better position to discuss and reach an agreement regarding these and other scheduling matters after the Court has ruled on Respondents' motion to dismiss.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the scheduling conference currently set for December 17, 2024 should be continued for a period of four months, or to the Court's earliest available date thereafter.

Dated:  December 4, 2024

ROB BONTA
Attorney General of California

/s/ John S. Sasaki

JOHN S. SASAKI
Deputy Attorney General
*Attorneys for Respondents/Defendants*
*California Air Resources Board et al.*

Dated: December 4, 2024                     HOLLAND & KNIGHT LLP

/s/ Brian C. Bunger (as authorized on December 4, 2024)

BRIAN C. BUNGER
*Attorneys for Petitioners/Plaintiffs The Two Hundred for Homeownership et al.*

## [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, and for good cause shown, the scheduling conference currently set in the above-captioned action for December 17, 2024 at 8:30 a.m. is hereby continued to _____, 2025, at _____.

IT IS SO ORDERED.

Dated: _____

_____
HON. BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **The Two Hundred for Home Ownership, et al. v. California Air Resources Board, et al.** | No. | **1:22-cv-01474-ADA-BAM** |

I hereby certify that on <u>December 4, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 4, 2024</u>, at Los Angeles, California.

| | |
|---|---|
| John S. Sasaki | */s/ John S. Sasaki* |
| Declarant | Signature |