Rob Bonta
Attorney General of California
Janelle M. Smith, State Bar No. 231801
Supervising Deputy Attorney General
John S. Sasaki, State Bar No. 202161
David M. Meeker, State Bar No. 273814
Emily M. Hajarizadeh, State Bar No. 325246
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6335
  Fax:  (916) 713-2128
  E-mail:  John.Sasaki@doj.ca.gov
*Attorneys for Respondents/Defendants California Air Resources Board and Executive Officer Steven S. Cliff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>Petitioner and Plaintiff,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>Respondents and Defendants. | No. 1:22-cv-01474-KES-BAM<br><br>**STIPULATION** ~~AND [PROPOSED]~~ **ORDER RE CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Scheduling Conference<br>Date:         December 17, 2024<br>Time:         8:30 a.m.<br>Courtroom: 8<br>Judge:        Barbara A. McAuliffe<br><br>Trial Date:     None set<br>Action Filed: November 14, 2022 |

1

1  WHEREAS, on March 7, 2023, Respondents filed a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure with regard to all of the claims asserted by Petitioners herein;

WHEREAS, as of the filing of this stipulation, the Court has not yet ruled on Respondents' motion to dismiss;

WHEREAS, a scheduling conference is currently set in this action for December 17, 2024 at 8:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe;

WHEREAS, the Parties previously have met and conferred regarding the matters to be discussed at the scheduling conference, including such related matters as the extent to which the claims asserted by Petitioners might properly be decided based on an administrative record, the preparation of the administrative record and anticipated timing for completion of the record, the possible need for discovery on any non-record based claims, and the appropriate timing of such discovery relative to the Court's decision regarding the record-based claims; and

WHEREAS, the Parties agree that they will be in a better position to discuss and reach an agreement regarding these and other scheduling matters after the Court has ruled on Respondents' motion to dismiss.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the scheduling conference currently set for December 17, 2024 should be continued for a period of four months, or to the Court's earliest available date thereafter.

Dated:  December 4, 2024

ROB BONTA
Attorney General of California

/s/ John S. Sasaki

JOHN S. SASAKI
Deputy Attorney General
*Attorneys for Respondents/Defendants*
*California Air Resources Board et al.*

2

Dated:  December 4, 2024

HOLLAND & KNIGHT LLP

/s/ Brian C. Bunger (as authorized on December 4, 2024)

BRIAN C. BUNGER
*Attorneys for Petitioners/Plaintiffs The Two Hundred for Homeownership et al.*

## ORDER

Based on the foregoing stipulation of the parties, and for good cause shown, the scheduling conference currently set in the above-captioned action for December 17, 2024 at 8:30 a.m. is hereby continued to **April 24, 2025, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties shall file a Joint Scheduling Report at least seven (7) days prior to the conference. The parties shall appear at the conference with each party connecting remotely via Zoom video conference.  The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:  **December 4, 2024**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE