ROB BONTA
Attorney General of California
JANELLE M. SMITH, State Bar No. 231801
Supervising Deputy Attorney General
JOHN S. SASAKI, State Bar No. 202161
DAVID M. MEEKER, State Bar No. 273814
EMILY M. HAJARIZADEH, State Bar No. 325246
Deputy Attorneys General
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6335
 Fax: (916) 713-2128
 E-mail: John.Sasaki@doj.ca.gov
*Attorneys for Respondents/Defendants California Air Resources Board and Executive Officer Steven S. Cliff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>Respondents and Defendants. | Case No. 1:22-CV-01474-KES-FRS (SAB)<br><br>**JOINT STATUS REPORT**<br><br><br>Trial Date:   None set<br>Action Filed: November 14, 2022 |

On October 14, 2025, this Court entered an order (i) staying this action until further order of the Court; and (ii) directing the parties to file joint status reports regarding the status of the federal court action *California v. United States*, Case No. 4:25-cv-04966 (N.D. Cal. Filed June 12, 2025) every 90 days, with the first report to be filed no later than January 23, 2026. ECF No. 36. In

1

accordance with that order, Respondents/Defendants California Air Resources Board et al., and Petitioners/Plaintiffs The Two Hundred for Homeownership et al., by and through their respective counsel, hereby submit this joint report regarding the status of the *California v. United States* action:

On October 10, 2025, Plaintiffs State of California et al. (Plaintiffs) filed their First Amended Complaint for Declaratory and Injunctive Relief. *California v. United States*, Case No. 4:25-cv-04966 (N.D. Cal. Filed June 12, 2025), ECF No. 157. On November 17, 2025, Defendants United States of America et al. (Defendants) filed a motion to dismiss Plaintiffs' amended complaint (*id.*, ECF No. 172), and on January 9, 2026, Plaintiffs filed their opposition to the motion to dismiss (*id.*, ECF No. 194). Any motions for leave to file amicus briefing on behalf of Plaintiffs are due no later than January 16, 2026. *Id.*, ECF No. 184. Defendants' reply brief is due no later than February 2, 2026. ECF No. 184. The hearing on Defendants' motion to dismiss is set for February 19, 2026. *Id*.

In addition, on December 2, 2025, the court denied six motions to intervene filed by various trade associations and the State of Texas. *Id.*, ECF No. 182 at 9. The deadline to appeal denial of intervention is February 2, 2026, and several entities have already filed interlocutory appeals to the Ninth Circuit Court of Appeals. *Id.*, ECF Nos. 189, 192. To date, those appeals have not been consolidated. *See State of California, et al. v. American Free Enterprise Chamber of Commerce, et al.,* Ninth Circuit Case No. 26-88, Dkt. No. 2 (appellant opening brief due Feb. 17, 2026, and answering brief due March 19, 2026); *State of California, et al. v. Western States Trucking Association, et al.*, Ninth Circuit Case No. 25-8013, Dkt. No. 2 (appellant opening brief due Feb. 2, 2026, and answering brief due March 2, 2026), Dkt. No. 3 (motion to expedite), Dkt. Nos. 9-10 (opposition to motion to expedite and cross-motion to consolidate appeals).

Accordingly, the parties agree that the stay established by the Court's Order of October 14, 2025, should remain in effect until further order of the Court.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 23, 2026 | ROB BONTA<br>Attorney General of California |
| 3 | | |
| 4 | | /s/ John S. Sasaki |
| 5 | | JOHN S. SASAKI<br>Deputy Attorney General<br>*Attorneys for Respondents and Defendants* |
| 6 | | *California Air Resources Board and Steven S. Cliff* |
| 7 | | |
| 8 | Dated: January 23, 2026 | HOLLAND & KNIGHT LLP |
| 9 | | |
| 10 | | */s/ Brian C. Bunger* (as authorized on January 20, 2026) |
| 11 | | BRIAN C. BUNGER<br>*Attorneys for Petitioners/Plaintiffs The Two* |
| 12 | | *Hundred for Homeownership et al.* |

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **The Two Hundred for Home Ownership, et al. v. California Air Resources Board, et al.** | No. | **1:22-CV-01474-KES-FRS** |

I hereby certify that on <u>January 23, 2026</u>, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 23, 2026</u>, at Los Angeles, California.

| John S. Sasaki | */s/ John S. Sasaki* |
|---|---|
| Declarant | Signature |