ROB BONTA
Attorney General of California
JANELLE M. SMITH, State Bar No. 231801
Supervising Deputy Attorney General
JOHN S. SASAKI, State Bar No. 202161
DAVID M. MEEKER, State Bar No. 273814
EMILY M. HAJARIZADEH, State Bar No. 325246
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6335
  Fax: (916) 713-2128
  E-mail: John.Sasaki@doj.ca.gov
*Attorneys for Respondents/Defendants California
Air Resources Board and Executive Officer
Steven S. Cliff*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THE TWO HUNDRED FOR HOMEOWNERSHIP, a California Nonprofit Public Benefit Corporation, ROBERT APODACA, an individual, and JOSE ANTONIO RAMIREZ, an individual,**<br><br>Petitioner and Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA AIR RESOURCES BOARD, STEVEN S. CLIFF, in his official capacity, and DOES 1-25,**<br><br>Respondents and Defendants. | Case No. 1:22-CV-01474-KES-FJS<br><br><br>**JOINT STATUS REPORT**<br><br><br><br><br><br><br>Trial Date:    None set.<br>Action Filed:  November 14, 2022 |

On October 14, 2025, this court entered an order (i) staying this action until further order of the Court; and (ii) directing the parties to file joint status reports regarding the status of the federal court action *California v. United States*, Case No. 4:25-cv-04966 (N.D. Cal. Filed June 12, 2025) every 90 days, with the first report to be filed no later than January 23, 2026. ECF No. 36. In

1

accordance with that order, Respondents/Defendants California Air Resources Board et al., and Petitioners/Plaintiffs The Two Hundred for Homeownership et al., by and through their respective counsel, hereby submit this report regarding the status of the *California v. United States* action:

On October 10, 2025, Plaintiffs State of California et al. (Plaintiffs) filed their First Amended Complaint for Declaratory and Injunctive Relief.  (*California v. United States*, Case No. 4:25-cv-04966 (N.D. Cal. Filed June 12, 2025), ECF No. 157.)  On November 17, 2025, Defendants United States of America et al. (Defendants) filed a motion to dismiss Plaintiffs' amended complaint (*id.*, ECF No. 172), which was fully briefed (ECF Nos. 194, 227), heard by the court on February 19, 2026, and has been taken under submission.

In addition, on December 2, 2025, the court denied six motions to intervene filed by various trade associations and the State of Texas.  (*Id.*, ECF No. 182 at 9.)  Four sets of these prospective intervenors have filed interlocutory appeals to the Ninth Circuit Court of Appeals (*id*., ECF Nos. 189, 192, 212, 213), which has consolidated the appeals (ECF No. 216).  The consolidated appeals are fully briefed and set for argument on June 25, 2026.

Accordingly, the parties agree that the Court's Order of October 14, 2025, should remain in effect until further order of the Court.

Dated:  April 23, 2026

ROB BONTA
Attorney General of California


*/s/ John S. Sasaki*

JOHN S. SASAKI
Deputy Attorney General
*Attorneys for Respondents/ Defendants*
*California Air Resources Board et al.*


Dated: April 23, 2026

HOLLAND & KNIGHT LLP


*/s/ Brian C. Bunger* (as authorized via email on April 21, 2026)

BRIAN C. BUNGER
*Attorneys for Petitioners/Plaintiffs The Two*
*Hundred for Homeownership et al.*

2

# CERTIFICATE OF SERVICE

Case Name:  **The Two Hundred for Home**          No.   **1:22-cv-01474-KES-FJS**
            **Ownership, et al. v. California**
            **Air Resources Board, et al.**

I hereby certify that on <u>April 23, 2026</u>, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 23, 2026</u>, at Los Angeles, California.


| John S. Sasaki | */s/ John S. Sasaki* |
|:---:|:---:|
| Declarant | Signature |